NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LOGGERHEAD TOOLS, LLC,**
*Plaintiff-Appellant*

**v.**

**SEARS HOLDINGS CORPORATION, APEX TOOL GROUP, LLC,**
*Defendants-Appellees*

---

2018-2282

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:12-cv-09033, Judge Rebecca R. Pallmeyer.

---

**JUDGMENT**

---

PAUL SKIERMONT, Skiermont Derby LLP, Dallas, TX, argued for plaintiff-appellant. Also represented by SADAF R. ABDULLAH, SARAH ELIZABETH SPIRES; MIEKE K. MALMBERG, Los Angeles, CA.

MARCUS EDWARD SERNEL, Kirkland & Ellis LLP, Chicago, IL, argued for defendant-appellee Apex Tool Group, LLC. Also represented by ERIC DAVID HAYES, MEREDITH ZINANNI.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and CHEN, *Circuit Judges*).

**The judgment with respect to Apex Tool Group is AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 13, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court